IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01312-TPO

JORGE MALLEL MADRIGAL ISLAS,

      Petitioner,

v.

JUAN BALTAZAR, Warden,
Denver Contract Detention Facility,
Aurora, Colorado,

GEORGE VALDEZ, Director of the Denver Field Office,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD LYONS, Acting Director,
U.S. Immigration and Customs Enforcement,

and

TODD BLANCHE, Acting U.S. Attorney General,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 27, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 20], and the Parties later filed a Joint Status Report [ECF 21] reporting that Petitioner was released from custody. There is no need to take further action in this case.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.